IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., a division of FORTUNE PLASTICS, INC., a Connecticut Corporation,<br><br>Defendant | : : : : : : : : : : : : : | Case No.: FILED: JUNE 27, 2008<br>08CV 3690<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER<br>EDA |

## COMPLAINT

Plaintiff, Illinois Central Railroad Company, (hereinafter "IC"), by way of Complaint against defendant, PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., a division of FORTUNE PLASTICS, INC., a Connecticut Corporation, says:

1. The Court obtains jurisdiction in this matter pursuant to 28 USCA 1337 (a) and 49 USCA 10743(a) being a suit for interstate freight and transportation charges.

2. Plaintiff IC is an Illinois Corporation with its principal place of business at 17641 South Ashland Avenue, Homewood, Illinois 60430, doing business in several states of the United States.

3. Plaintiff, IC and its connecting carriers at all times mentioned were common carriers by railroad engaged in interstate commerce and doing business in the United States.

4. Defendant, PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., a division of FORTUNE PLASTICS, INC., a Connecticut Corporation, (hereinafter "PARADE"), is involved in the business of wholesale plastics, with an office at 333 Washington Boulevard, Mundelein, IL 60060.

1013688
4135-52108

1

5. The subject matter of this action stems from demurrage charges assessed under circulars and tariffs published by the plaintiff for freight services throughout the United States, performed by IC for PARADE. IC provided these services for PARADE.

6. At times between June 2005 and January 2006, IC performed the services noted in paragraph 5 above as noted in the Invoices annexed to this Complaint as Exhibit "A"..

7. Pursuant to the applicable tariffs, circulars and contracts, there accrued to IC charges for these services the sum of $13,450 US Dollars A listing of the charges and the amount due for each is attached hereto as Exhibit "A."

8. These charges were billed and payment demanded for the services rendered by IC to PARADE at PARADE's offices at 262 S. Shaddle Avenue, Mudelein, IL 60060, from where the bills have always been disputed and/or paid; however, the defendant has failed and refused to pay the bills noted in this Complaint.

WHEREFORE, plaintiff IC demands that judgment against the defendant PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., a division of FORTUNE PLASTICS, INC., a Connecticut Corporation, be entered on this Complaint in the amount of $13,450.00 in US Dollars to IC, plus any additional charges that may be due at the time of hearing, together with prejudgment interest from the date of service, and for costs and disbursements of the Complaint.

Attorney for Illinois Central Railway Company

Dated: June 25, 2008.

By: s/ Richard M. Kates
Richard M. Kates
Attorney for Illinois Central Railway Company
111 West Washington Street
Suite 1900
Chicago, IL 60602-2713
(312) 236-0267

08CV 3690
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER
EDA
PAGE: 1



| Invoice | Facture |
|---|---|
| **Optional Services** | **Services Optionnels** |
| DEMURRAGE | REDEVANCES DE STATIONNEMENT |

PATRON No / No CLIENT   636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 09/12/2005 | 750883147 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN   IL   60060

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE/À | MUNDELEIN, IL | TO JUSQU'À | |
|---|---|---|---|---|---|
| 06/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | |
| 06/30/2005 | | PARADE PACKAGING MATERIAL CO | | | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CN | |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 61.0000 | 50.00 | 3,050.00 |
| | | | --------- |
| | | | 3,050.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060


ADDITIONAL INFORMATION

PVT EQUIP UNLOADS HELD ON CN TRACKS  - ALL


| HST/GST No. / No TVH/TPS 10076 8779 RT0001 QST No. / No TVQ 1000043156 TQ 0514 OS No. / No serv. fact.   929449 AUTO For Information  Pour renseignements | STATEMENT No. No ÉTAT DE COMPTE   480392554 MAKE CHECK PAYABLE TO: LIBELLER LE CHÈQUE À L'ORDRE DE: CN P.O. BOX 71206 CHICAGO, IL 60694-1206 WWW.CN.CA | PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ **$3,050.00** |
|---|---|---|
| CN REPRESENTATIVE (800) 822-6440 CHGSVSPOINT@CN.CA | | PLEASE QUOTE INVOICE NUMBER / VEUILLEZ RAPPELER LE No DE FACTURE:   750883147 |



EXHIBIT A



PAGE: 1

## Invoice
### Optional Services
DEMURRAGE

## Facture
### Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / N° CLIENT  636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / N° | |
| 09/14/2005 | 750885381 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN  IL  60060

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER N° DU MATÉRIEL | FROM/AT DE / À | MUNDELEIN, IL | TO JUSQU'À | |
|---|---|---|---|---|---|
| 07/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | |
| 07/31/2005 | | PARADE PACKAGING MATERIAL CO | | | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CN | |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 15.0000 | 50.00 | 750.00 |
| | | | 750.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060

ADDITIONAL INFORMATION

PVT EQUIP UNLOADS HELD ON CN TRACKS  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.         948739
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 822-6440
CHGSVSPOINT@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE   480393896

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$750.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:                           750885381



PAGE: 1

# Invoice
## Optional Services
DEMURRAGE

# Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / No CLIENT   636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 09/15/2005 | 750886760 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN  IL   60060

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | MUNDELEIN, IL | TO JUSQU'À | | |
|---|---|---|---|---|---|---|
| 08/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | | |
| 08/31/2005 | | PARADE PACKAGING MATERIAL CO | | | | |
| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC  TO/AU SCAC |
| | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 9.0000 | 50.00 | 450.00 |
| | | | ------------ |
| | | | 450.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060

ADDITIONAL INFORMATION

PVT EQUIP UNLOADS HELD ON CN TRACKS   - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.   967577
AUTO
For Information  Pour renseignements

STATEMENT No.
No ÉTAT DE COMPTE      480394390

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

CN REPRESENTATIVE
(800) 822-6440
CHGSVSPOINT@CN.CA

PAY THIS AMOUNT IN USD FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES USD SI NON DÉJÀ PAYÉ
$450.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE FACTURE:      750886760



PAGE: 1

## Invoice
## Optional Services
DEMURRAGE

## Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / N° CLIENT   636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER |
| --- | --- | --- |
| MM/DD/YYYY | NO. / N° | NUMÉRO DE RÉFÉRENCE DU CLIENT |
| 11/17/2005 | 750927823 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN  IL   60060

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT / DE / À | | TO / JUSQU'À |
| --- | --- | --- | --- | --- |
| 10/01/2005 | | MUNDELEIN, IL | | |
| | | FROM ZTS / DU ZTS | | TO ZTS / AU ZTS |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY    NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE |
| 10/31/2005 | | PARADE PACKAGING MATERIAL CO | | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | CN | |

STCC

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
| --- | --- | --- | --- |
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 10.0000 | 50.00 | 500.00 |
| | | | ------------ |
| | | | 500.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060

ADDITIONAL INFORMATION

PVT EQUIP UNLOADED ON CN TRACK  - ALL

HST/GST No. / No TVH/TPS 10075 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.     100471
AUTO
For information  Pour renseignements

CN REPRESENTATIVE
(800) 822-6440
CHGSVSPOINT@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE    480413389

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN USD FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES USD SI NON DÉJÀ PAYÉ
$500.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:                750927823



PAGE: 1

# Invoice
## Optional Services
DEMURRAGE

# Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / Nº CLIENT   636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / Nº | |
| 01/20/2006 | 750967396 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN  IL   60060

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / Nº DU MATÉRIEL | FROM/AT DE / À | MUNDELEIN, IL | TO JUSQU'À |
|---|---|---|---|---|
| 12/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS |

| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | CONSIGNEE / DESTINATAIRE |
|---|---|---|---|
| 12/31/2005 | | PARADE PACKAGING MATERIAL CO | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 42.0000 | 50.00 | 2,100.00 |
| | | | -------------- |
| | | | 2,100.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060

ADDITIONAL INFORMATION

PVT EQUIP UNLOADED ON CN TRACK   - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.   104402
AUTO
For Information   Pour renseignements

CN REPRESENTATIVE
(800) 822-6440
CHGSVSPOINT@CN.CA

STATEMENT No. / No ÉTAT DE COMPTE   480432924

MAKE CHECK PAYABLE TO: / LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN USD FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES USD SI NON DÉJÀ PAYÉ
$2,100.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:   750967396



PAGE: 1

## Invoice
## Optional Services
EXTENDED ASSET USE (DEMURRAGE)

## Facture
## Services Optionnels
STATIONNEMENT PROLONGE

PATRON No / No CLIENT   636150 ZY

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 03/01/2006 | 750991545 | |

PARADE PACKAGING MATERIAL CO
ACCTS. PAYABLE
262 S SHADDLE AVE
MUNDELEIN  IL   60060

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | MUNDELEIN, IL | TO JUSQU'À | | | |
|---|---|---|---|---|---|---|---|
| 01/01/2006 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | | | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | | | |
| 01/31/2006 | | PARADE PACKAGING MATERIAL CO | | | | | |
| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC   TO/AU SCAC |
| | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| EXTENDED ASSET USE (DEMURRAGE) | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 132.0000 | 50.00 | 6,600.00 |
| | | | 6,600.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM 6060

ADDITIONAL INFORMATION

PVT EQUIP UNLOADED ON CN TRACK  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.   1083366
AUTO
For Information  Pour renseignements

STATEMENT No.
No ÉTAT DE COMPTE   480445802

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

CN REPRESENTATIVE
(800) 822-6440
CHGSVSPOINT@CN.CA

PAY THIS AMOUNT IN USD FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES USD SI NON DÉJÀ PAYÉ
$6,600.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE FACTURE:   750991545