FILED JUNE 27, 2008
08CV 3690
JUDGE LEFKOW
MAGISTRATE JUDGE SCHENKIER
EDA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY, A Delaware Corporation | |
| Plaintiff, | CASE NO. |
| vs. | CIVIL ACTION |
| PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., a division of FORTUNE PLASTICS, INC., a Connecticut Corporation, | DISCLOSURE STATEMENT |
| Defendant. | |

The nongovernmental corporate party, ILLINOIS CENTRAL RAILWAY COMPANY, in the above listed civil action, is a wholly owned subsidiary of Illinois Central Corporation, a Delaware Corporation, which is a wholly owned subsidiary of Canadian National Railway Company, a Canadian Corporation, that owns 10% or more of its stock.

Dated: June 25, 2008.

s/Richard M. Kates
Richard M. Kates
Attorney for Illinois Central Railway Company
111 West Washington Street
Suite 1900
Chicago, IL 60602-2713
(312) 236-0267

1013811
4135-52108