## United States District Court for the Northern District of Illinois

Case Number: 08CV3690              Assigned/Issued By: DAJ

Judge Name: LEFKOW                 Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP         [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 2894066

Date Payment Rec'd: 06/27/08         Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

1 Original and 0 copies on 06/27/08 as to PARADE PACKAGING INC
                          (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05