**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 3960

ILLINOIS CENTRAL RAILWAY CORPORATION,
  VS.
PARADE PACKAGING, INC., f/k/a PARADE PACKAGING
MATERIALS CO., INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PARADE PACKAGING, INC.

| NAME (Type or print) |
| --- |
| MICHAEL G. ARETOS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ MICHAEL G. ARETOS |
| FIRM |
| STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO |
| STREET ADDRESS |
| 2550 W. GOLF ROAD, SUITE 250 |
| CITY/STATE/ZIP |
| ROLLING MEADOWS, IL  60008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6200044 | 847-590-8700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐