IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL RAILWAY COMPANY, an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 08 CV 3690 ) |
| PARADE PACKAGING, INC., f/k/a PARADE PACKAGING MATERIALS CO., INC., A division of FORTUNE PLASTICS, INC., A Connecticut Corporation, | )Judge Lefkow ) )Magistrate Schenkier ) ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   Richard M. Kates
      Suite 1900
      111 W. Washington
      Chicago, IL 60602

     PLEASE TAKE NOTICE that on July 18, 2008, we have filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, ANSWER OF DEFENDANT, and AFFIRMATIVE DEFENSE, a copy of which is herewith served upon you.

                                S/SHANNON B. RIGBY
                                Shannon B. Rigby
                                One of Defendant's Attorney

Stitt, Klein, Daday, Aretos & Giampietro LLC
121 S. Wilke, Suite 500
Arlington Heights, Illinois 60005
847-590-8700

## CERTIFICATE OF SERVICE

    I served the foregoing Notice of Filing via electronic measures upon counsel listed on July 18, 2008

                                S/Shannon B. Rigby